MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD GRAVES

**FILED**

JUN - 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD GRAVES,<br><br>Defendant.<br>_____/ | CASE NO. CRS-04-0490 LKK<br><br>**SUBSTITUTION OF ATTORNEY** |

**PLEASE TAKE NOTICE** that RICHARD GRAVES hereby substitutes Malcolm S. Segal of Segal & Kirby, 770 L Street, Suite 1440, Sacramento, CA 95814, (916) 441-0828 as his attorney of record in this matter in the place of Michael John Khouri.

Dated: May __/__, 2005.

By: _____
        RICHARD GRAVES

I accept this substitution.

Dated: May __/__, 2005

SEGAL & KIRBY

By: _____
        MALCOLM S. SEGAL

1

I consent to the above substitution.

Dated: May 3, 2005

By: _Michael John Khouri_
MICHAEL JOHN KHOURI

IT IS SO ORDERED.

Dated: 6/1, 2005.

_Lawrence K. Karlton_
HONORABLE LAWRENCE K. KARLTON
Chief Judge, United States District Court

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I, the undersigned, declare: That I am a citizen of the United States employed in the City and County of Sacramento. My business address is 770 L Street, Suite 1440, Sacramento, California 95814. I am over the age of 18 years and am not a party to the above-entitled action.

On **May** _____, 2005, I served upon the interested party(ies) in this action the foregoing document described as: **SUBSTITUTION OF ATTORNEY**

[X]   By placing ___ the original _X_ true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

Daniel S. Linhardt
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Michael John Khouri
3146 Redhill Avenue, Suite 200
Costa Mesa, CA 92626

Richard Graves
18085 South 2nd Street
Fountain Valley, CA 92708

[ ]   **BY PERSONAL SERVICE:** By personally delivering such envelope(s) by hand to the offices of the addressee(s) listed on the above service list pursuant to CCP §1011.

[X]   **BY MAIL:** I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the U.S. Postal Service at Sacramento, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business to the offices of the addressee(s) listed on the above service list. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing, pursuant to this affidavit.

[ ]   **BY FAX:** Such document(s) were sent for instantaneous transmittal via facsimile transmission to the offices of the addressee(s) listed on the above service list. Said transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **May** _____, 2005, at Sacramento, California.

_____
MINDY LYBBERT