McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 04-490 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| ) | RE: STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| RICHARD GRAVES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter came before the Court on June 1, 2005, for a status conference at which time defendant changed counsel by substituting Malcom Segal, Esq., for his former attorney Michael Khouri, Esq.  At the request of the new defense counsel which request was personally consented to by the defendant, the matter was continued until August 2, 2005, in order to give new counsel time to prepare.  The time between June 1, 2005, and August 2, 2005, is excluded pursuant to

1

```
 1  local code T4 and the Court finds that the failure to grant
 2  such continuance in this proceeding would make a
 3  continuation of this proceeding impossible or result in the
 4  miscarriage of justice since new counsel would not be able
 5  to be prepared and accordingly the court finds that the ends
 6  of justice served by the granting of this continuance
 7  outweigh the best interests of the public and the defendant
 8  in a speedy trial.
 9       IT IS SO ORDERED.
10
11  Dated: _June 9, 2005_____    /s/Lawrence K. Karlton ____
12                                    HON. LAWRENCE K. KARLTON
13                                    U.S. District Court Judge
```