MALCOLM S. SEGAL (075481)
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile:   (916) 446-6003


Attorneys for Defendant
RICHARD GRAVES


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRS 04-0490 LKK |
| Plaintiff, | **DEFENDANT RICHARD GRAVES'  WAIVER OF APPEARANCE** |
| vs. | |
| RICHARD GRAVES, | |
| Defendant.                                     / | |

The defendant, Richard Graves, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. Sections 3161-3174 (Speedy Trial Act), and has authorized

1  his attorney to set times and delays under the provisions of the Act without
2  defendant being present.

4  Dated: June _12_, 2005          By: /s/ Richard Graves
                                        RICHARD GRAVES
5                                       Defendant

7
8  Dated: June _15_, 2005          By: /s/ Malcolm S. Segal
                                        MALCOLM S. SEGAL
                                        SEGAL & KIRBY
9                                       Attorneys for Defendant
                                        RICHARD GRAVES

11 APPROVED:
12 July 11, 2005
                                   /s/Lawrence K. Karlton
13                                 LAWRENCE K. KARLTON
                                   UNITED STATES DISTRICT COURT JUDGE

-2-

**DEFENDANT RICHARD GRAVES' WAIVER OF APPEARANCE**