MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD GRAVES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS-04-0490 LKK |
| Plaintiff, | **STIPULATION AND ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | |
| RICHARD GRAVES, | |
| Defendant.                    / | |

Defendant Richard Graves, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Daniel S. Linhardt, agree and stipulate that the status conference set for August 2, 2005, may be continued to September 27, 2005 at 9:30 AM, in order to permit the parties to investigate, review and complete the exchange of discovery and prepare the case for further proceedings.

This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of counsel to conduct their independent investigations.  Accordingly, the time between the scheduled court appearance on August 2, 2005 and the status conference on September 27, 2005, should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare, 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

1

Dated: July __27__, 2005                           SEGAL & KIRBY

                                                   By: /s/ Malcolm S. Segal
                                                   MALCOLM S. SEGAL
                                                   Counsel for Defendant Richard Graves

Dated: July __27____, 2005

                                                   By: /s/ Daniel S. Linhardt
                                                   DANIEL S. LINHARDT
                                                   Assistant United States Attorney

IT IS SO ORDERED.

Dated: July 28, 2005.

                                                   /s/ Lawrence K. Karlton
                                                   HONORABLE LAWRENCE K. KARLTON
                                                   Senior Judge, United States District Court