MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD GRAVES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS-04-0490 LKK |
| Plaintiff, | **STIPULATION AND ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | |
| RICHARD GRAVES, | |
| Defendant. / | |

Defendant Richard Graves, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Daniel S. Linhardt, agree and stipulate that the status conference set for September 27, 2005, may be continued to November 1, 2005 at 9:30 AM, in order to permit the parties to investigate, review and complete the exchange of discovery and prepare the case for further proceedings.

This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of counsel to conduct their independent investigations.  Accordingly, the time between the scheduled court appearance on September 27, 2005 and the status conference on November 1, 2005, should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare, 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

1

| | |
|---|---|
| 1 | Dated: September _23_, 2005    SEGAL & KIRBY |
| 2 | |
| 3 | By: /s/ Malcolm S. Segal |
| 4 | MALCOLM S. SEGAL<br>Counsel for Defendant Richard Graves |
| 5 | |
| 6 | Dated: September 23_, 2005 |
| 7 | |
| 8 | By: /s/ Daniel S. Linhardt |
| 9 | DANIEL S. LINHARDT<br>Assistant United States Attorney |
| 10 | |
| 11 | IT IS SO ORDERED. |
| 12 | |
| 13 | Dated: September 23, 2005. |
| 14 | |
| 15 | |
| 16 | /s/ Lawrence K. Karlton<br>HONORABLE LAWRENCE K. KARLTON<br>Senior Judge, United States District Court |
| 17 | |