McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> ) <br> ) <br>     v. ) <br> ) <br> RICHARD GRAVES, ) <br>     Defendant. ) <br> _____ ) | CR.S. 04-490 LKK <br><br> ORDER <br> RE: TRIAL CONFIRMATION DATE <br> AND EXCLUDING TIME |

On November 1, 2005, a status conference was held in the above entitled matter in which the parties requested the case be set for trial. The parties agreed that the Court set a date of January 10, 2006, for trial confirmation with trial set to begin on January 24, 2006. The parties further agree that the time between November 1, 2005, and January 24, 2006, is excludable because of the complexity of the

case, Local Code T2.  The parties request to continue the matter and set for trial on January 24, 2006, for is GRANTED and it is;

　　　ORDERED that the trial confirmation hearing in this case is set for January 10, 2006, at 9:30 A.M. with jury trial to begin on January 24, 2006, at 10:30 A.M.  The Court finds pursuant to Local Code T.2 and  18 U.S.C. § 3161(h)(8)(A) that based upon representations of the parties that the granting of such continuance outweighs the best interest of the public and the defendant in a speedy trial because the case is so complex and that it is unreasonable to expect adequate preparation for the trial within in the time limits established in 18 U.S.C. § 3161.  Accordingly, the Court finds that time is excluded from November 1, 2005, until January 24, 2006, the time in which the trial in this matter would normally take place.

Dated: _November 3, 2005___　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　HONORABLE LAWRENCE K.KARLTON
　　　　　　　　　　　　　　　　　U.S. District Court Judge