MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD GRAVES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD GRAVES,<br><br>Defendant.<br>_____/ | CASE NO. CRS-04-0490 LKK<br><br>**STIPULATION AND ORDER VACATING TRIAL CONFIRMATION DATE AND TRIAL DATE AND SETTING FURTHER STATUS CONFERENCE** |

Defendant Richard Graves, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Daniel S. Linhardt, agree and stipulate that the trial confirmation date currently set for January 10, 2006, and the trial date currently set for January 24, 2006, may both be vacated and that a status conference will be set in this matter for February 28, 2006, at 9:30 AM, in order to permit the parties to investigate, review and complete the exchange of discovery, for continuity of defense counsel and in order to permit defense counsel to prepare the case for further proceedings.

This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of counsel to conduct their independent investigations.  Accordingly, the time between the

---
**STIPULATION AND PROPOSED ORDER VACATING TRIAL CONFIRMATION DATE AND TRIAL DATE AND SETTING FURTHER STATUS CONFERENCE**
---
1

present date and the status conference now scheduled for February 28, 2006, should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare, 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: January 05, 2006         SEGAL & KIRBY

                                        By: /s/ Malcolm S. Segal
                                        MALCOLM S. SEGAL
                                        Counsel for Defendant Richard Graves

Dated: January 05, 2006

                                        By: /s/ Daniel S. Linhardt
                                        DANIEL S. LINHARDT
                                        Assistant United States Attorney

IT IS SO ORDERED.

Dated: January 6, 2006.

                                        /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        United States District Court Judge