McGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD GRAVES, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CR.S-04-490-LKK <br><br> ORDER RE STATUS CONFERENCE |

This matter came on for a status conference on February 28, 2006.  The United States was represented by Assistant U.S. Attorney John K. Vincent.  Defendant Richard Graves was represented by Malcolm Segal, Esq.

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court continues this matter for further status conference to May 2, 2006 at 9:30 a.m.  Defense counsel needs additional time to prepare, and this action is a complex case. Time between February 28, 2006 and May 2, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(complexity) and 3161(h)(8)(B)(iv)(time to

///

///

1

prepare), Local Codes T2 and T4, respectively.

IT IS SO ORDERED.

DATED: March 17, 2006

                                  /s/ Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
                                  Senior U.S. District Judge