MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD GRAVES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS-04-0490 LKK |
| Plaintiff, | **STIPULATION AND ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | |
| RICHARD GRAVES, | |
| Defendant. / | |

Defendant Richard Graves, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney John Vincent, agree and stipulate that the status conference set for May 2, 2006, may be continued to June 6, 2006 at 9:30 AM, in order to permit the parties to investigate, review and complete the exchange of discovery and prepare the case for further proceedings.

This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of counsel to conduct their independent investigations.  Accordingly, the time between the scheduled court appearance on May 2, 2006 and the status conference on June 6,  2006, should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare, 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

1

1  Dated: April 25, 2006                    SEGAL & KIRBY

2

3                                            By: /s/ Malcolm S. Segal
                                             MALCOLM S. SEGAL
4  _____         Counsel for Defendant Richard Graves

5

6  Dated: April 25, 2006

7

8                                            By: /s/ John Vincent
                                             JOHN VINCENT
9                                            Assistant United States Attorney

10

11  IT IS SO ORDERED.

12

13  Dated: April 27, 2006.

14

15
                                             /s/ Lawrence K. Karlton
16                                           HONORABLE LAWRENCE K. KARLTON
                                             Senior, United States District Court
17

18

19

20

21

22

23

24

25

26

27

28